# Curriculum Vitae

*Robert William Erdely*
*Pennsylvania State Police (retired)*

## Certifications

| | |
|---|---|
| 2009 | Access Data Certified Forensic Examiner |
| 2009 | Certified at the Federal Law Enforcement Training Center, Seized Computer Evidence Recovery Specialist |
| 2007 | Certified Forensic Computer Examiner, International Association of Investigative Specialists |
| 2004 | Certified Cisco Internetwork Professional |
| 2004 | Certified Information Systems Security (INFOSEC) Professional. |
| 2004 | Certified Cisco Security Professional. |
| 2004 | Certified by ISC2 as a Certified Information Systems Security Professional (CISSP®) |
| 2003 | CompTIA A+ Certified Professional. |
| 2003 | Certified a Microsoft Database Administrator |
| 2003 | Certified as a Microsoft Systems Engineer for Windows 2003 |
| 2003 | Certified as a Microsoft Systems Engineer: Security |
| 2003 | CompTIA i-Net+ Certified Professional. |
| 2003 | CompTIA Network+ Certified Professional. |
| 2003 | Certified Cisco Design Professional. |
| 2002 | EnCase Certified Examiner |
| 2001 | Cisco Certified Network Professional. |
| 2001 | Certified as a Microsoft Systems Engineer for Windows 2000 |
| 1999 | Certified as an Electronic Evidence Collection Specialist, International Association of Computer Investigative Specialists |

## Professional Activities

| | |
|---|---|
| 2010-Present | Member of Interpol's Technical Working Group which is currently working with Law Enforcement and Universities to develop tools to investigate the exploitation of children on the internet. |
| 2010-Present | Instructor for both the International Centre for Missing and Exploited Children and Fox Valley Technical College |
| 2009-Present | Developed a system to investigate the sharing of child pornography on the internet.. This information is used by law enforcement in over 60 countries to locate, investigate and prosecute these child predators. This system has resulted in the initiation of more than 15,000 investigations and rescuing countless child victims. |
| 2007-Present | Instructor for the Internet Crimes Against Children (ICAC). Instruct online Investigations, including Peer-to-Peer file sharing networks. |

## Experience

| | |
|---|---|
| 2012-Present | Detective with the Indiana County District Attorney's Office, Indiana County Pennsylvania. Assigned to investigate child exploitation investigations. I am currently assigned to the FBI Innocent Images Task Force, Pittsburgh, Pennsylvania. |
| 2008-2012 | Supervisor for the Pennsylvania State Police (PSP) Computer Crime Unit, Harrisburg, PA. Supervised both the investigative and digital forensic sections of the PSP. |

| | |
|---|---|
| 2003-2008 | Supervisor of the Southwest Computer Crime Task Force comprised of State and Local Law Enforcement. |
| 1998-2003 | Assigned to Bureau of Criminal Investigations, Computer Crime Unit. Responsible for all aspects of proactive and reactive investigations, including evidence duplication, documentation and examination, regarding criminal activities utilizing technology to facilitate the illegal activities. |
| 1997-2007 | Senior Computer Network Administrator for an Internet Service Provider, providing service to over 3000 users |
| 1999-2004 | Instructor for the Pennsylvania Chiefs of Police Association for Federal, State and Municipal Police Officers along with representatives of the Attorney General and the District Attorneys regarding computer forensic examination processes and procedures and the online investigation of computer crime. |
| January 2003 | Speaker at the Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network's (MAGLOCLEN) Internet Investigation training Conference. |
| October 2001 | Speaker at the Pennsylvania District Attorneys Institute's Computer Crimes Training course. |
| 1994-1998 | Assigned to PSP Vice Unit, Troop A |
| 1992-1994 | Assigned to Patrol Unit, PSP, Indiana, PA. |

## Education and Training

| | |
|---|---|
| 1989 | Community College of the Air Force |
| 1990 | Edinboro University of Pennsylvania |
| 1992 | Graduated from the Pennsylvania State Police Academy |
| 1994 | Drug Investigators Course |
| 1995 | Narcotics in the mail, Interdiction and Clandestine Labs seminar, U.S. Department of Justice |
| 1995 | Investigation of Computer Crime, National White Collar Crime Center |
| 1996 | Vice Investigations Seminar |
| 1996 | Eastern States vice Investigator training Conference |
| 1997 | High risk Warrant Service Training |
| 1997 | Gambling Device Examination Training |
| 1997 | Top Gun, Undercover Drug Law Enforcement Training |
| 1997 | Certified to Utilize Electronic Surveillance (Wiretap) |
| 1999 | Investigation of Computer Crime, International Association of Chiefs of Police |
| 1999 | Investigation of Computer Crime, SEARCH, the National Consortium for Justice Information and Statistics |
| 1999 | Unix investigators course at FBI Academy |
| 2001 | Guidance Forensic Software Intermediate Course |
| 2001 | Guidance Forensic Software Advanced Course |
| 2002 | 16 hour Windows 2000 Security seminar by Computer Security Institute at FBI Pittsburgh |
| 2002 | Fundamentals of Incident Handling course at the CERT Coordination Center (Incident Handling for Computer Emergency Response Teams). |
| 2002 | High Technology Crime Investigation Conference |
| 2002 | Advanced Data Recovery and Analysis, National White Collar Crime Center |
| 2004 | Advanced Solaris Administration Course by FBI |
| 2004 | FBI Symposium on Online Child Pornography/Child Exploitation |
| 2005 | National White Collar Crime Center's Advanced Data Recovery and Analysis course |
| 2005 | Attended NTI Forensic Examination training |
| 2006 | Department of Defense Cyber Crime Conference |
| 2006 | Sun Educational Service course "Securing Solaris & Network Intrusion Detection" |

## Publications

Forensic Investigation of Peer-to-Peer File Sharing Networks.
DFRWS Annual Digital Forensics Research Conference, August 2010

## Certified Expert

- Certified as a computer expert including online investigations by the United States District Court, Western District of Pennsylvania, in United States vs. Abraham (2006)
- Certified as a computer forensic expert by the United States District Court, Eastern District of Pennsylvania, in United States vs. Schade (2008).
- Certified as a computer expert including online investigations in Middle District of Pennsylvania, United States vs. Doyle.  (2011)
- Certified as a computer forensic examiner and in internet investigations in the Eastern District of Pennsylvania, United States vs. Fitzgerald Horton (2013)